Richard A. Pelley 15732500
PELLEY LAW OFFICES
905 N. Travis Street
Sherman, Texas 75090
(903) 813-4778

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE:<br><br>JAMES ROBINSON<br>AMY ROBINSON<br><br>DEBTOR | CASE NO. 09-44034 |
|---|---|

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **RICHARD A. PELLEY**, Attorney of record for **JAMES ROBINSON AND AMY ROBINSON**, hereafter referred to as "Debtor," (whether singular or plural) and makes this Motion to Withdraw as Counsel, and as grounds therefore would respectfully show unto the Court as follows:

I.

Movant would show unto the Court, as the basis for this motion, that Debtors' actions towards counsel's staff were unacceptable and despite discussion between counsel and client, continued to be unacceptable.

II.

Counsel advised Debtor by telephone of his intention to withdraw and Debtor indicated that he had no objection.

III.

The undersigned would further show the Court as follows:

1. If the undersigned has knowledge of another attorney to be substituted, that attorney's name, address, telephone number, telecopier number, and State Bar of Texas identification number is as follows:
   N/A
2. Further the undersigned would show the party approves the substitution.
   N/A
3. Further the undersigned would show that the withdrawal is not sought for delay only.

IV.

The undersigned would further show the Court that if another attorney is not to be substituted as attorney for the party, the following:

1. A copy of the Motion has been delivered to the client by certified mail and a copy by regular mail.
2. The party has been notified in writing of his or her right to Object to the Motion; or
3. The party consents to the Motion.
4. The party's last known address is 1751 Bentley Drive, Frisco, Texas 75034.
5. The party has been notified that the following are pending settings and deadlines and deadlines:
   1. March 24, 2010 @ 9:30 a.m. - Confirmation Hearing;

**NO HEARING WILL BE CONDUCTED ON THIS MOTION/OBJECTION/APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS**

FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court grant this Motion to Withdraw as Counsel, and for such other and further relief, both at law and in equity, to which Movant may show himself to be justly and equitably entitled.

Respectfully submitted,

LAW OFFICES OF
RICHARD A. PELLEY
905 NORTH TRAVIS
Sherman, Texas 75091-0608
(903) 813-4778

BY: /s/Richard A. Pelley
Richard A. Pelley
S.B. # 15732500

## CERTIFICATE OF SERVICE

I certify that on March 12, 2010, a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by U.S., first class mail on the following:

Debtor:

James Robinson
Amy Robinson
1751 Bentley Drive
Frisco, Texas 75034

Trustee:

Standing Chapter 13 Trustee
Janna L. Countryman
500 North Central Expressway
Suite 350
Plano, Texas 75094-1166

Creditors:

all creditors/parties in interest indicated on the creditor matrix attached hereto and incorporated herein by this reference for all purposes.

/s/Richard A. Pelley
Richard A. Pelley