Richard A. Pelley 15732500
PELLEY LAW OFFICES
905 N. Travis Street
Sherman, Texas 75090
(903) 813-4778

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| IN RE:<br><br>JAMES ROBINSON<br>AMY ROBINSON<br><br>DEBTOR | CASE NO. 09-44034 |
|---|---|

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Came before the Court, the Motion to Withdraw as Counsel as filed by **RICHARD A. PELLEY**, Attorney of Record for the Debtor. The Court, having considered the same and having heard the evidence and argument of counsel, is of the opinion that such motion is well-taken and should be granted;

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel as filed by **RICHARD A. PELLEY** be, and it is hereby, granted; and **RICHARD A. PELLEY** is hereby allowed to withdraw as counsel for the Debtor.

Signed on 04/08/2010

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE